IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE LENOARD SMALL,

    Plaintiff,

v.                                              Case No.  4:20cv383-MW/HTC

CHIEF JUDGE SUPREME COURT,
ADMIN JUDGE SUPREME COURT,
SUPREME COURT OF FLORIDA,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 5.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The Complaint, ECF No. 1, is **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2) for failure to state a claim

and as frivolous." The Clerk shall also close the file.

**SO ORDERED on September 17, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
